**DISMISS; Opinion issued March 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01292-CV

**DAMON HOLLAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 86474-422**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By postcard dated November 21, 2012, we notified appellant the time for filing his brief in this case had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that if he failed to file his brief and an extension motion, the appeal would be dismissed. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121292F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAMON HOLLAND, Appellant

No. 05-12-01292-CV      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 422nd Judicial District Court, Kaufman County, Texas
Trial Court Cause No. 86474-422.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee THE STATE OF TEXAS recover its costs of this appeal from appellant DAMON HOLLAND.

Judgment entered March 21, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE